IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOGAN LUNDAHL, and HOLLI TELFORD, | **4:15CV3133** |
| Plaintiffs, | |
| vs. | **MEMORANDUM AND ORDER** |
| STEPHEN DUNN, STEPHEN KENYON, DUSTIN SMITH, JEFF SEMRAD, DIXIE HUBBARD, JAIME DE ANDA, ONEIDA COUNTY, US BANK, LAW OFFICES OF MERRILL AND MERRILL, KIMBERLEY JOHNSON, DETECTIVE SCHWARTZ, DOUG WILLIAMS, DAVID NYE, CRAIG CHRISTENSEN, FIRST AMERICAN TITLE INSURANCE COMPANY, E. BROWN, SHARON HESS, DOES 1-10, KEY BANK, LON COLTON, KENT HIGGINS, MOUNTAIN WEST DRILLING, CONNIE EVANS, JEFF BARNES, and MICHAEL FRANDSEN, | |
| Defendants. | |
| LOGAN LUNDAHL, and HOLLI LUNDAHL, | **4:16CV3000** |
| Plaintiffs, | |
| vs. | **MEMORANDUM AND ORDER** |
| MEL HOFFMAN, LOS ANGELES HOME-OWNERS AID, INC., LAW OFFICES OF MCKAY, BURTON AND | |

| | |
|---|---|
| THURMAN, JEREMY SINK, WILLIAM THURMAN, MARLENE TELFORD, GLENNA GOTTFREDSON, WELLS FARGO BANK, J. SEMRAD, ED NELSON, KRISTI GOULD, DOES 1-10 INC., JOSEPH BLUEMEL, DONALD THATCHER, KARL VEN DEN BERG, EDNA BROWN, KAREN MILLER, and DOES 1-10, Defendants. | |
| E.H. NEILSON, Plaintiff, vs. HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge; JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, ARVIND KARKERA, NORTHERN TITLE COMPANY, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, Defendants. | 4:16CV3093<br><br>**MEMORANDUM AND ORDER** |
| HOLLIE TELFORD, and STEVEN FRITTS, Plaintiffs, vs. | 4:16CV3147<br><br>**MEMORANDUM AND ORDER** |

2

| | |
|---|---|
| UNITED STATES OF AMERICA, MOUNTAIN WEST FARM BUREAU INSURANCE COMPANY, GEORGE POWERS, LAW OFFICE OF SUNDAHL, POWERS, KAPP AND MARTIN, LLC, SUSAN AUKEMA, PAMELA GEE, LEA BONNECAZE, and DOES 1-10,<br><br>              Defendants. | |
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl; and H. LUNDAHL TELFORD,<br><br>              Plaintiffs,<br><br>     vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, TORI R. A. KRICKEN, in her official capacity; GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees; and DOES 1-10,<br><br>              Defendants. | 8:16CV368<br><br>**MEMORANDUM AND ORDER** |

      I had previously referred two cases, 4:16CV3093 and 8:16CV368, to the United States Attorney for investigation of a possible criminal action. I have now been informed that the United States Attorney has declined to pursue prosecution in these two cases.

3

The United States Attorney further advised that:

In February this year the District of South Dakota secured an indictment charging Holli Lundahl a.k.a. Telford with charges relating to fraudulent social security benefits. In April this year Holli Lundahl was charged in the District of Wyoming with Medicaid fraud.

(Filing 83 in 4:16CV3093; Filing 74 in 8:16CV368).

I stayed the other three cases (4:15CV3133; 4:16CV3000; 4:16CV3147) pending resolution of my referral to the United States Attorney. Given the passage of time, I need to resolve these five cases as soon as reasonably possible.

Our local rules (NEGenR 1.3) require that pro se parties keep the court informed of their current mailing address, telephone number, and e-mail address at all times. Given that, and the amount of time that has passed, it will be necessary for all pro se parties to comply with NEGenR 1.3.

IT IS THEREFORE ORDERED that all pro se (unrepresented) parties in any of these cases shall file the required information with this court no later than January 19, 2021. Failure to comply with this order may result in dismissal or other appropriate sanctions.

Dated this 17th day of December, 2020.

>BY THE COURT:
>
> *Richard G. Kopf*
> Richard G. Kopf
> Senior United States District Judge