IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOGAN LUNDAHL, and HOLLI TELFORD,<br><br>     Plaintiffs,<br><br> vs.<br><br>STEPHEN DUNN, STEPHEN KENYON, DUSTIN SMITH, JEFF SEMRAD, DIXIE HUBBARD, JAIME DE ANDA, ONEIDA COUNTY, US BANK, LAW OFFICES OF MERRILL AND MERRILL, KIMBERLEY JOHNSON, DETECTIVE SCHWARTZ, DOUG WILLIAMS, DAVID NYE, CRAIG CHRISTENSEN, FIRST AMERICAN TITLE INSURANCE COMPANY, E. BROWN, SHARON HESS, DOES 1-10, KEY BANK, LON COLTON, KENT HIGGINS, MOUNTAIN WEST DRILLING, CONNIE EVANS, JEFF BARNES, and MICHAEL FRANDSEN,<br><br>     Defendants. | **4:15CV3133**<br><br>**ORDER** |
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl; and H. LUNDAHL TELFORD,<br><br>     Plaintiffs,<br><br> vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | **8:16CV368**<br><br>**ORDER** |

| | |
|---|---|
| TORI R. A. KRICKEN, in her official capacity; GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees; and DOES 1-10, <br><br> Defendants. | |
| LOGAN LUNDAHL, and HOLLI LUNDAHL, <br><br> Plaintiffs, <br><br> vs. <br><br> MEL HOFFMAN, LOS ANGELES HOME-OWNERS AID, INC., LAW OFFICES OF MCKAY, BURTON AND THURMAN, JEREMY SINK, WILLIAM THURMAN, MARLENE TELFORD, GLENNA GOTTFREDSON, WELLS FARGO BANK, J. SEMRAD, ED NELSON, KRISTI GOULD, DOES 1-10 INC., JOSEPH BLUEMEL, DONALD THATCHER, KARL VEN DEN BERG, EDNA BROWN, KAREN MILLER, and DOES 1-10, <br><br> Defendants. | 4:16CV3000 <br><br><br> ORDER |

2

| | |
|---|---|
| HOLLIE TELFORD, and STEVEN FRITTS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, MOUNTAIN WEST FARM BUREAU INSURANCE COMPANY, GEORGE POWERS, LAW OFFICE OF SUNDAHL, POWERS, KAPP AND MARTIN, LLC, SUSAN AUKEMA, PAMELA GEE, LEA BONNECAZE, and DOES 1-10,<br><br>Defendants. | **4:16CV3147**<br><br>**ORDER** |
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, and TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska;<br><br>Plaintiffs,<br><br>vs.<br><br>THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005; MARY ANN HADLEY-LUNDAHL, LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, and BRIAN DAVID HADLEY,<br><br>Defendants. | **7:16CV5001**<br><br>**ORDER** |

3

| | |
|---|---|
| HOLLI LUNDAHL,<br><br>    Plaintiff,<br><br> vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>    Defendants. | 4:19CV3010<br><br>ORDER |

  IT IS ORDERED that the Clerk shall file the "subpoena and virus notice" as miscellaneous documents in all District of Nebraska cases where Holli Lundahl Telford is a party. Treated as motions, said documents are denied and the court shall take no further action.

  Dated this 2nd day of March, 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge